IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROGER JOHNSON, | § | |
| | § | No. 383, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 9908000065 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: December 20, 2024
Decided: December 30, 2024

## ORDER

On November 4, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Roger Johnson, because he had not filed an opening brief by the October 31, 2024 deadline set by the Court. On December 6, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to Johnson directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Johnson received the notice on December 9, 2024. A timely response to the notice was due on or before December 19, 2024. To date, Johnson has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice